**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEVIN SANTIAGO BARRERO-RICO,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orleans Field Office,<br>Respondent. | ) | No. 2:26-cv-03480-SHL-atc |

**ORDER TRANSFERRING CASE**

On November 2, 2026, pro se Petitioner Kevin Santiago Barrero-Rico filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 2.) Barrero-Rico, a citizen of Colombia who has resided in the United States since 2022, challenges the lawfulness of his immigration-related detention. (Id. at PageID 4–5.) He seeks, among other things, a bond hearing or immediate release. (Id. at PageID 7.)

Respondent was ordered to respond on November 3, 2026, and Respondent did so on November 9. (ECF No. 8.) Respondent responded that Petitioner filed two prior Petitions for Writ of Habeas Corpus, which were both assigned to Judge Mark S. Norris at Kevin Santiago Barrero Rico v. Chritopher Bullock, No. 2:26-cv-02186-MSN-cgc, ECF No. 1, and Kevin Santiago Barrero Rico v. Chritopher Bullock, No. 2:26-cv-02858-MSN-atc, ECF No. 2. (ECF No. 8 at PageID 73.) Judge Norris denied the first Petition and dismissed the second Petition. (Id.)

Given the substantial overlap in the prior proceedings and this Petition, this case should be reassigned to Judge Norris. The Court therefore **DIRECTS** the Clerk to reassign this case.

**IT IS SO ORDERED,** this 20th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE